United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VAX-IMMUNE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-01599 |
| | § | |
| ACE FIRE UNDERWRITERS INSURANCE COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come to be considered upon the Joint Stipulation for Dismissal with Prejudice (Dkt. No. 45), and the Court having considered the Stipulation, is of the opinion that said Stipulation would be in all things granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that all of Plaintiff's claims and causes of action in the above-styled and numbered case are hereby DISMISSED WITH PREJUDICE against Defendant ACE FIRE UNDERWRITERS INSURANCE COMPANY *only* with the Court retaining jurisdiction to enforce the terms of the settlement.

**IT IS, FURTHER, ORDERED ADJUDGED AND DECREED,** the Court retain jurisdiction to enforce the terms of the settlement and that all parties are to abide by their own fees and costs.

SIGNED on February 6, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge