United States District Court
Southern District of Texas

**ENTERED**

March 18, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| VAX-IMMUNE, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> THERMO FISHER SCIENTIFIC, INC., THERMO FISHER SCIENTIFIC (ASHEVILLE) LLC, AND FISHER SCIENTIFIC COMPANY, LLC <br><br> *Defendants.* | CIVIL ACTION NO. 4:24-cv-01599 |

## ORDER GRANTING THE PARTIES' THIRD JOINT MOTION FOR AN EXTENSION OF TIME

The above-captioned matter came before the Honorable Kenneth M. Hoyt on the 18th day of March, 2026, upon the Third Joint Motion for an Extension of Time by Plaintiff, Vax-Immune, LLC and Defendants Thermo Fisher Scientific, Inc., Thermo Fisher Scientific (Asheville) LLC, and Fisher Scientific Company, LLC (collectively, the "Defendants" and, together with Plaintiff, the "Parties"). Upon consideration thereon, the Parties' Motion is hereby **GRANTED**. It is hereby:

**ORDERED**, that the Parties' Third Joint Motion for an Extension of Time is **GRANTED**, and the Scheduling Order is amended as set forth below:

a.   Defendants to submit any required responses to the Third Amended Complaint by: April 10, 2026

b.   Fact discovery to be completed by: May 15, 2026

c.  Plaintiff's supplemental expert(s) to be designated by and report(s) to be furnished by: June 1, 2026

d.  Defendants' supplemental expert(s) to be designated by and report(s) to be furnished by: June 15, 2026

e.  Expert discovery to be completed: July 15, 2026

f.  Dispositive motions due by: August 17, 2026

g.  Docket call to be held at 11:30 a.m. on: November 2, 2026

It is so ORDERED.

Dated: March 18, 2026

Kenneth M. Hoyt
United States District Judge

2