United States District Court
Southern District of Texas
**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| VAX-IMMUNE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>THERMO FISHER SCIENTIFIC, INC., THERMO FISHER SCIENTIFIC (ASHEVILLE) LLC, FISHER SCIENTIFIC COMPANY L.L.C.<br><br>*Defendants.* | CIVIL ACTION NO. 4:24-cv-01599 |

### ORDER GRANTING THERMO FISHER DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

The above-captioned matter came before the Honorable Kenneth M. Hoyt on the 1st day of May, 2026, upon the Unopposed Motion for an Extension of Time by Defendants Thermo Fisher Scientific, Inc., Thermo Fisher Scientific (Asheville) LLC, and Fisher Scientific Company L.L.C. (collectively, the "Defendants"). Upon consideration thereon, Defendants' Motion is hereby **GRANTED**. It is hereby:

**ORDERED**, that Defendants' Unopposed Motion for an Extension of Time is **GRANTED**, and the Scheduling Order is amended as set forth below:

    a.    Fact discovery to be completed by: May 29, 2026

    b.    Plaintiff's supplemental expert(s) to be designated by and report(s) to be furnished by: June 15, 2026

    c.    Defendants' supplemental expert(s) to be designated by and report(s) to be furnished by: June 29, 2026

    d.     Expert discovery to be completed: July 29, 2026

    e.     Dispositive motions due by: August 31, 2026

    f.     Docket call to be held at 11:30 a.m. on: November 2, 2026

It is so ORDERED.

Dated: May 1, 2026.

Kenneth M. Hoyt
United States District Judge